## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Michael Naber, ) | CIVIL ACTION NO.: |
| ) | |
| Plaintiff, ) | 3:06-cv-6269 (FLW-TBJ) |
| ) | |
| vs. ) | |
| ) | |
| Bristol-Myers Squibb Company, ) | |
| Sanofi-Aventis U.S. L.L.C., ) | |
| Sanofi-Aventis U.S., Inc. ) | |
| Sanofi-Synthelabo, Inc. ) | |
| ) | |
| Defendants. ) | |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the

Plaintiff Michael Naber, now deceased[1], and Defendants Bristol-Myers Squibb Company,

Sanofi-Aventis U.S. L.L.C., Sanofi-Aventis U.S., Inc., and Sanofi-Synthelabo, Inc. enter

this Voluntary Stipulation of Dismissal with Prejudice, of this action with each party to

bear its own costs and attorney fees.

Respectfully submitted this 18th day of October, 2010

**Counsel for Plaintiff**

Tayjes M. Shah, Esq.
Michael J. Miller, Esq.
Nathan Cromley, Esq.
**The Miller Firm LLC**
108 Railroad Avenue,
Orange, VA 22960
(540) 672-4224

---

[1] Cara Naber, the personal representative of Michael Naber's Estate has advised Plaintiff's counsel that she does not wish to be substituted in as a plaintiff or further pursue this case.

Nancy Hersh, Esq.
Mark Burton, Esq.
**Hersh and Hersh, PC**
601 Van Ness Avenue
2080 Opera Plaza
San Francisco, CA 94102
(415) 441-5544

**Counsel for Defendants**

Martin J. Healy, Esq.
**Sedgwick, Detert, Moran & Arnold L.L.P.**
Three Gateway Center, 12th Floor
Newark, NJ 07102
(973) 242-0002

Anand Agneshwar, Esq.
**Arnold & Porter L.L.P.**
399 Park Avenue
New York, NY 10022
(212) 715-1000

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Michael Naber,          ) | |
|                 ) | |
|     Plaintiff,      ) | |
|                 ) | |
| vs.                 ) | |
|                 ) | CIVIL ACTION NO.: 3:06-cv-6269 |
| BRISTOL-MYERS SQUIBB COMPANY, ) | (FLW-TJB) |
| SANOFI-AVENTIS U.S. L.L.C.,    ) | |
| SANOFI-AVENTIS U.S., INC., AND ) | **CERTIFICATION OF SERVICE** |
| SANOFI-SYNTHELABO, INC.,    ) | |
|                 ) | |
|     Defendants.     ) | |

I, Tayjes Shah, hereby certify that on October 18, 2010 a true and correct copy of the Plaintiffs' Voluntary Stipulation of Dismissal with Prejudice of the claims of Michael Naber and Certification of Service were forwarded electronically to all counsel.

I further certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false I will be subject to punishment.

Dated: October 18, 2010

THE MILLER FIRM, LLC
Michael J. Miller, Esquire
Tayjes M. Shah, Esquire
108 Railroad Ave.
Orange, VA 22960
(540) 672-4224